**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

EDDIE JONES,

    Plaintiff,

vs.	Case No. 3:03-cv-1085-J-MCR

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

_____

**ORDER ON PETITION FOR AWARD OF ATTORNEY'S FEES**

This case is before the Court on Plaintiff's Uncontested Petition for Award of Attorney's Fees Under the Equal Access to Justice Act (Doc. 18) filed April 29, 2005.

Based upon the Petition and supporting itemization and the Court's independent review, the Court makes the following legal and factual findings:

(1) Attorney's fees are authorized in this action because Plaintiff, having obtained a sentence four remand/reversal of denial of benefits, is a "prevailing party," Shalala v. Schaefer, 509 U.S. 292, 300-02, 113 S.Ct. 2625, 2631-32 (1993); the Commissioner's position here was not substantially justified; Plaintiff had a net worth of less than $2,000,000 at the time the complaint was filed and there are no special circumstances which would make the award unjust. See 28 U.S.C. §2412(d); Commissioner, I.N.S. v. Jean, 496 U.S. 154, 158, 110 S.Ct. 2316, 2319 (1990).

(2)     The amount of attorney's fees to be awarded "shall be based upon the prevailing market rates for the kind and quality of the service furnished," except that attorney's fees shall not exceed $125 per hour <u>unless</u> the Court determines that an increase in the cost of living or a "special factor" justifies a higher fee award.  28 U.S.C. §2412(d)(2)(A).  The awarded fee may not exceed twenty-five percent of the claimant's past due benefits.  42 U.S.C. §406(b)(1).  There is no contention here that the claimed fee would exceed that amount.

(3)     The Court accepts Plaintiff's contention that a statutory cost of living adjustment is appropriate in the hourly rate.  The Commissioner does not oppose Plaintiff's proposed hourly rate of $144.38 and the Court will, therefore, adopt that rate.

(4)     Plaintiff seeks an award based on 18.75 hours of attorney time.  The Court finds that 18.75 hours of attorney's time is reasonable in this case.

(5)     The Court finds that $2,707.12 ($144.38 x 18.75 hours) is a reasonable fee in this case.

(6)     Plaintiff, who proceeded *in forma pauperis*, makes no claim for costs.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     Plaintiff's Uncontested Petition for Award of Attorney's Fees Under the Equal Access to Justice Act (Doc. 18) is **GRANTED**.

2.       The Clerk shall enter judgment in favor of Plaintiff and against Defendant in the amount of $2,707.12 in attorney's fees.

**DONE AND ORDERED** at Jacksonville, Florida, this  3rd  day of May, 2005.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Erik W. Berger, Esq.
Susan R. Waldron, Esq. (AUSA-Tampa)